IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JONATTAN MANUEL ROBLES,

     Appellant,

 v.

                           Case No. 5D21-602
                           LT Case No. 2018-CF-011960-A-O

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed July 26, 2022

Appeal from the Circuit Court
for Orange County,
Renee A. Roche, Judge.

William R. Ponall, of Ponall Law, P.A.,
Maitland, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Richard A. Pallas, Jr.,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


EVANDER, EISNAUGLE and NARDELLA, JJ., concur.